IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TEREON LEMANUEL BAKER,

      Appellant,

  v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D21-1558
          5D21-2591
LT Case Nos. 2020-1052-CFMA
          2015-180-CFMA
          2015-1407-CFMA

Decision filed May 3, 2022

Appeal from the Circuit Court
for St. Johns County,
Howard M. Maltz, Judge.

Clyde M. Taylor, III, of Taylor & Waldrop,
St. Augustine, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport and
Daniel P. Caldwell, Assistant Attorneys
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., COHEN and EDWARDS, JJ., concur.